UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN SOUSA, ET AL.<br>    Plaintiffs, | CASE NO. 3:07CV00253 (PCD) |
| V. | |
| NATIONAL ENTERPRISE SYSTEMS,<br>INC., ET AL. | |
| Defendants. | JUNE 19, 2007 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiffs and Defendants, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiffs on their complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFFS

By:_____
Daniel S. Blinn (ct02128)
ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Ste. 512
Rocky Hill, CT  06067
Tel. 860-571-0408
Fax 860-571-7457
Email: dblinn@consumerlawgroup.com

THE DEFENDANTS

By_____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel. 203-333-9441
Fax 203-222-1489
Email: jelliot@znclaw.com

So ordered: